# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | RAMONA A HERNANDEZ | | |
| **Case Number:** | 2:09-BK-25020-RTB | **Chapter:** | 7 |
| **Date / Time / Room:** | WEDNESDAY, JULY 14, 2010 09:00 AM 7TH FLOOR #703 | | |
| **Bankruptcy Judge:** | REDFIELD T. BAUM | | |
| **Courtroom Clerk:** | LUANN BELLER | | |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS | | |

## Matter:

DEBTOR'S MOTION TO DISMISS

**R / M #:** 70 / 0

## Appearances:

NASSER U. ABUJBARAH, ATTORNEY FOR RAMONA A HERNANDEZ

## Proceedings:

Mr. Abujbarah indicated that there is no opposition to the motion.

COURT: IT IS ORDERED GRANTING THE MOTION. COUNSEL IS DIRECTED TO LODGE AND SERVE A FORM OF ORDER.